UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
PIERRE LAVI,

                      Plaintiff,

      -against-

BANK NEGARA INDONESIA,
Defendant.
---------------------------------------------------------X

22-cv-6000 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On October 28, 2022, I held a show-cause hearing to ascertain whether Ms. Orlee Goldfeld was Bank Negara Indonesia's legal counsel ("BNI"). During the hearing, Ms. Goldfeld represented that she had served as legal counsel for BNI in the past on other legal matters, but had not been retained to represent BNI in this present case. She further stated that service of the complaint and other legal correspondence on her did not effectuate proper service on BNI. Based upon Ms. Goldfeld's representations in her letter to me and during the show-cause hearing, I find that Ms. Goldfeld does not currently represent BNI as their legal counsel, and that BNI has not yet been properly served in accordance with Fed. R. Civ. P. 4. Because Plaintiff was granted permission to proceed in forma pauperis, he is entitled to rely on the U.S. Marshals Service to effect service. Pursuant to the Order of Service, the U.S. Marshal Services will attempt service on the BNI office at 55 Broadway, New York, N.Y. 10006 on behalf of Plaintiff.

Further, I note that Plaintiff is eligible for free legal assistance from the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants. Their website can be accessed by web at https://nylag.org/pro-se-clinic/ or by phone at 212-659-6190. The Clerk is respectfully directed to mail a copy of this order to the pro se Plaintiff, along with the flyer about the free legal

assistance clinic located in the Thurgood Marshall Courthouse.

SO ORDERED.

Dated: November 1, 2022
      New York, New York

Vernon S. Broderick
United States District Judge