**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PIERRE LAVI,

                Plaintiff,

  -against-                                    22 **CIVIL** 6000 (VSB)

**JUDGMENT**

BANK NEGARA INDONESIA,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2023, Defendant's motion to dismiss is GRANTED, and Plaintiff's Complaint is dismissed with prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      August 7, 2023

                                                                 **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                                 **Deputy Clerk**